

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KATY SCHWARTZ, | § | No. 08-24-00414-CV |
| Appellant/Cross Appellee, | § | Appeal from the |
| v. | § | 394th District Court |
| JEFF LEACH, | § | of Brewster County, Texas |
| Appellee/Cross Appellant. | § | (TC# CVB19347) |

## **MEMORANDUM OPINION**

Before the Court is Appellee/Cross-Appellant Jeff Leach's letter asking for a voluntary dismissal of this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). Enclosed with the letter is a document titled, "Agreed Dismissal and Mutual Release of All Claims," reflecting the parties have agreed to set aside the trial court's judgment, without regard to the merits, and to seek a remand of this cause for rendition of judgment in accordance with their agreement. We construe Leach's letter as a motion for voluntary dismissal based on settlement.[1]

Texas Rule of Appellate Procedure 42.1(a)(2) permits an appellate court to dispose of a civil appeal in accordance with an agreement signed by the parties or their attorneys and filed with

---

[1] Because the letter was accompanied by payment of a motion fee and included a fully executed settlement agreement, we find good cause to suspend the operation of Rule 10.1 to expedite the decision in this appeal. *See* Tex. R. App. P. 10.1 (listing the required contents of motions); Tex. R. App. P. 2 (authorizing an appellate court to suspend the operation of a rule of procedure to expedite a decision so long as the suspension does not alter the time to perfect a civil appeal or suspend a provision of the Code of Criminal Procedure).

the clerk. Tex. R. App. P. 42.1(a)(2). Specifically, Rules 42.1(a)(2)(B) and 43.2(d) permit a court of appeals to set aside the trial court's judgment without regard to the merits and to remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. 42.1(a)(2)(B), 43.2(d).

Here, the record establishes the parties have complied with Rule 42.1(a)(2)(B). The Agreed Dismissal and Mutual Release of All Claims filed with the Clerk is signed by both parties and their respective counsel. Accordingly, the motion for voluntary dismissal is granted. We set aside the judgment of the trial court without regard to the merits, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. Tex. R. App. P. 42.1(a)(2)(B); 43.2(d). Costs are taxed equally against both parties. Tex. R. App. P. 42.1(d).[2] We order the Clerk of the Court to issue a mandate on this same date. *See* Tex. R. App. P. 2 and 18.1(c).

GINA M. PALAFOX, Justice

March 27, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[2] The parties of this appeal each filed a notice of appeal challenging the trial court's judgment. Because this proceeding is a cross-appeal, costs are taxed against each party in their capacity as an appellant.